In the Matter of JACOB APPELL, Deceased.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of JACOB APPELL, Deceased.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of JACOB APPELL, Deceased.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of JACOB APPELL, Deceased.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARY MATAUSAK, as Administratrix, etc., v. ANDREW GREIS.— Motion for stay granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MYRON E. GILLETTE and Others v. SUBMARINE BOAT CORPORATION.— Motion for stay granted on stipulation. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSE D. DE ARAGON v. HUTH, GILLESPIE & COMPANY, INC.— Motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LEONA GROSS v. HARRY ROSENBERG and Others.— Motion for stay pending appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of PETER MELIDOS, Deceased.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAMIE W. LIVINGSTON v. HARRY LIVINGSTON.— Motion to consolidate appeals denied; separate records to be printed and filed, appeals to be noticed for argument for the same day and argued or submitted together, and provision made in lieu of reprinting as stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM J. BEAULEY v. HARRIET W. BEAULEY.— Motion for stay pending appeal granted, with leave to defendant to move to vacate stay if said appeal be not promptly brought on for argument. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of CHARLES C. BUNKER, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of JAMES J. MAHONEY, an Attorney.— Proceeding dismissed. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT DAVIDOFF v. SAMUEL KAPLAN and Others.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GOSHI KAISHA YAMAMOTO SOHONTEN, Respondent, v. FRANCE AND CANADA STEAMSHIP COMPANY, LTD., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

TOOTLE THEATRE COMPANY, Appellant, v. SHUBERT THEATRICAL COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE R. SHELDON and Others, Respondents, v. THE BOARD OF APPEALS OF THE CITY OF NEW YORK,